THELMA HALEY, an Infant, by RUTH HALEY, Her Guardian ad Litem, et al., Respondents, v. EDWARD J. ZENZEN, Defendant, and ARNOLD W. HALEY,

Appellant.—

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur.